AO 91 (Rev. 11/11)  Criminal Complaint

AUTHORIZED /APPROVED DATE:  s/ CHELSIE A. PRATT 6-27-22

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Nemory Zahid Ramos Castro | ) | Case No.  M-22- 476  -AMG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 5, 2022 through on or about December 8, 2022  in the county of _____ Oklahoma _____ in the ____ Western ____ District of ____ Oklahoma ____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement During Purchase of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Brenden W. Taylor, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BRENDEN W. TAYLOR, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/27/22

_____
*Judge's signature*

City and state: _____ Oklahoma City, Oklahoma _____

AMANDA MAXFIELD GREEN, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA      )
                        )    SS
COUNTY OF OKLAHOMA    )

## AFFIDAVIT

I, Brenden W. Taylor, being duly sworn, do hereby state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a Division of the United States Department of Justice, having been so employed since November 2015. I am a graduate of the Department of Homeland Security's Criminal Investigator Training program, as well as the ATF Special Agent Basic Training Program. As a Special Agent with ATF, I am vested with the authority to investigate violations of federal laws, including Title 18 of the United States Code.

I have been assigned to the ATF Oklahoma City Field Office since June 2016. I am familiar with the information contained in this affidavit through personal investigation and/or information received from other law enforcement officers, mentioned herein, who have participated in and/or have contributed documentary reports of their investigative efforts in this matter. This affidavit contains information necessary to support the Complaint and is not intended to include every fact, or matter observed or known by me.

This affidavit is presented for the limited purpose of seeking a Federal Complaint and arrest warrant for **Nemory Zahid RAMOS CASTRO**, a male with DOB XX/XX/2000 and Social Security number XXX-XX-4164. This Complaint and arrest

1

warrant are being sought for a violation of Title 18, United States Code, Section 922(a)(6), False Statement During the Purchase of a Firearm.

## BACKGROUND

1.    Title 18, United States Code, Section 922(a)(6), False Statement During the Purchase of a Firearm, prohibits the making of a material false statement or presenting false identification to a federally licensed firearms dealer when purchasing or attempting to purchase a firearm.

2.    The Federal Bureau of Investigation (FBI) operates the National Instant Criminal Background Check System (NICS). When an individual wants to purchase a firearm through a licensed dealer, known as a Federal Firearms Licensee (FFL), the prospective buyer must first complete an ATF Form 4473. The FFL then relays that information to the NICS, where staff perform a background check on the buyer. This background check verifies the buyer does not have a criminal record nor is otherwise ineligible to purchase or own a firearm. NICS will send one of three responses to the FFL indicating the proper course of action: Proceed, Deny, or Delay. If NICS sends a "Delay" response, the prospective buyer must wait at least three days before he/she is allowed to purchase the firearm. After three days, if NICS has not sent a "Deny" message, the FFL may legally transfer the firearm to the purchaser.

## FACTS SUPPORTING PROBABLE CAUSE:

3.    On December 5, 2021, **Nemory Zahid RAMOS CASTRO** went to Lion Claw Tactical, an FFL and firearms manufacturer located at 329940 East 950 Road, Luther, Oklahoma, 73054, and attempted to purchase an in-house version of a Lion Claw

Tactical, model Mk46 Mod1, 5.56x45mm caliber rifle, bearing serial number LCT-1003. This firearm was converted to fire only in semi-automatic mode.

4. To purchase the firearm, **RAMOS CASTRO** executed an ATF Form 4473 at Lion Claw Tactical. Form 4473 asks the buyer if they are the actual transferee or buyer of the firearm, and contains a warning in bold print which states "You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person." The transferee/buyer's certification also explicitly states that falsely answering "yes" to the actual buyer question is a crime punishable as a felony.

5. In executing this Form 4473, **RAMOS CASTRO** indicated that he was the actual buyer of the firearm and was not buying the firearm on behalf of another person. If he had indicated that he was purchasing the firearm on behalf of another person, the FFL would not have been legally permitted to sell him the firearm.

6. S.P. of Lion Claw Tactical completed the dealer portion of the ATF Form 4473, including a section which requires the entry and verification of identification. In this case, S.P. listed an Oklahoma Driver's License with number V084188755 issued on November 10, 2021, and a U.S. Permanent Resident card with USCIS #060-018-053. Both forms of identification included a photograph and were issued to **Nemory Z. RAMOS CASTRO**. S.P. reviewed the identifications and photographs, and believing them to be the same person making the purchase, copied down the relevant information onto the form, and made a copy of the Permanent Resident card.

3

7.    S.P. transmitted the ATF Form 4473 to NICS, and **RAMOS CASTRO** received a "Delay" response.

8.    On December 7, 2021, NICS issued a "Proceed" response for **RAMOS CASTRO**.

9.    On December 8, 2021 at approximately 1800 hours, **RAMOS CASTRO** returned to Lion Claw Tactical and completed the transfer, taking possession of a Lion Claw Tactical, model Mk46 Mod1, 5.56x45mm caliber rifle, bearing serial number LCT-1003.

10.    Approximately eight hours later, on December 9, 2021, at approximately 0215 hours, Oklahoma Highway Patrol Trooper Justin Taylor conducted a traffic stop on I-40 for an unsafe lane change made by a white Chrysler 300 sedan with a Mexico license plate. The driver of the vehicle, Armando Venegas-Reyes, pulled over in the area of I-40 and Cimarron Road in Canadian County, Oklahoma. Trooper Taylor noticed a strong odor of raw marijuana coming from the vehicle, also observed that Venegas-Reyes had more than one cell phone, and the car looked "lived in" with luggage in the back seat. Venegas-Reyes provided Trooper Taylor with a Mexico driver's license. Trooper Taylor conducted a search of the vehicle and in the trunk, hidden behind a non-functioning speaker box, Trooper Taylor located the Lion Claw Tactical, model Mk46 Mod1, 5.56x45mm caliber rifle, bearing serial number LCT-1003, along with a backpack containing marijuana and ammunition. Venegas-Reyes was arrested. He was later charged, and pled guilty, in federal court in the Western District of Oklahoma to charges

4

of possession of ammunition while being a nonimmigrant visa alien and to possession of marijuana with the intent to distribute.

11.     Venegas-Reyes was interviewed, and stated that he was given a job in New Mexico, where he was told to drive to Oklahoma City and pick up some items from a man named "Zahid." He was given directions to an apartment complex, where he met Zahid, who then placed several items in the trunk of his car, including a large firearm. Venegas-Reyes attempted to ask about the firearm, but Zahid told him to leave. Venegas-Reyes stated that he was to deliver all of the items from Zahid to Venegas-Reyes' employer in Carlsbad, New Mexico.  Venegas-Reyes expected to be paid $1,000.00 in U.S. currency for the completion of this job.

12.     Oklahoma driver's license # V084188755, issued to **Nemory Z. RAMOS CASTRO** on November 10, 2021, includes a photograph. This photograph, along with photographs of five other similar individuals, were used to create a photo lineup on or about June 21, 2022.

13.     On June 21, 2022, S.P. of Lion Claw Tactical was shown the aforementioned photo lineup that included **RAMOS CASTRO**. S.P. indicated that the photo of **RAMOS CASTRO** was the person who purchased the Lion Claw Tactical, model Mk46 Mod1, 5.56x45mm caliber rifle, bearing serial number LCT-1003, on December 8, 2021, and had previously filled out ATF Form 4473 indicating that he was the actual buyer of the firearm.

## CONCLUSION

14.     Based upon the aforementioned facts and circumstances, I believe that probable cause exists that on or about December 5, 2022, through on or about December 8, 2022, in the Western District of Oklahoma, **Nemory Zahid RAMOS CASTRO,** made a false statement as to a material fact while purchasing a firearm, in violation of Title 18, United States Code, Section 922(a)(6).

BRENDEN W. TAYLOR
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives


Subscribed and Sworn to before me this 27th day of June 2022.

AMANDA MAXFIELD GREEN
United States Magistrate Judge

6