# IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

**FILED**

AUG 17 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ Ku _____,DEPUTY

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
      -vs- )   No. **CR-22-275-F**
)
NEMORY ZAHID RAMOS CASTRO, )   **Violations:**   18 U.S.C. § 371
)                    18 U.S.C. § 922(a)(6)
      Defendant. )                  18 U.S.C. § 922(a)(5)

## SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Conspiracy to Make a False Statement During the Purchase of a Firearm)

From on or about November 4, 2021, the exact date being unknown to the Grand Jury, and continuing thereafter through on or about July 28, 2022, in the Western District of Oklahoma and elsewhere,

---------------------------- **NEMORY ZAHID RAMOS CASTRO** ----------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently make knowingly false and fictitious written statements to federal firearms licensees which were intended to and likely to deceive such dealers with respect to a fact material to the lawfulness of the sale of a firearm, in violation of Title 18, United States Code, Section 922(a)(6).

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (False Statement During the Purchase of a Firearm)

On or about November 4, 2021, in the Western District of Oklahoma,

------------------------- NEMORY ZAHID RAMOS CASTRO -------------------------

in connection with the acquisition of a firearm, to wit: an Ohio Ordnance Works, model M240-SLR, 7.62x51mm caliber rifle, bearing serial number 240565, from Wilshire Gun, located at 615 W. Wilshire Boulevard, Oklahoma City, Oklahoma, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Wilshire Gun which was intended to and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, in that defendant executed and submitted to Wilshire Gun a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record stating that defendant was not acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 3
### (False Statement During the Purchase of a Firearm)

On or about December 5, 2021, in the Western District of Oklahoma,

------------------------- NEMORY ZAHID RAMOS CASTRO -------------------------

in connection with the acquisition of a firearm, to wit: a Lion Claw Tactical, model Mk46 Mod1, 5.56x45mm caliber rifle, bearing serial number LCT-1003, from Lion Claw Tactical, located at 329940 East 950 Road, Luther, Oklahoma, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

made a false and fictitious written statement to Lion Claw Tactical which was intended to and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, in that defendant executed and submitted to Lion Claw Tactical a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record stating that defendant was not acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 4
### (False Statement During the Purchase of a Firearm)

On or about December 8, 2021, in the Western District of Oklahoma,

------------------------- NEMORY ZAHID RAMOS CASTRO -------------------------

in connection with the acquisition of a firearm, to wit: a Smith and Wesson, model M&P 15, 5.56mm NATO caliber rifle, bearing serial number TT20621, from Wilshire Gun, located at 615 W. Wilshire Boulevard, Oklahoma City, Oklahoma, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Wilshire Gun which was intended to and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, in that defendant executed and submitted to Wilshire Gun a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record stating that defendant was not acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 5
### (Transferring a Firearm to a Person Residing Outside the State of Oklahoma)

On or about December 8, 2021, in the Western District of Oklahoma,

--------------------------- **NEMORY ZAHID RAMOS CASTRO** ---------------------------

not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, or deliver a firearm, to wit: a Lion Claw Tactical, model Mk46 Mod1, 5.56x45mm caliber rifle, bearing serial number LCT-1003, to A.V.R., said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Oklahoma, the State in which the defendant was residing at the time of the aforesaid transfer, sale, trade, fit, transportation, or delivery of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(5), the penalty for which is found at Title 18, United States Code, Section 924(a)(1)(D).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

CHELSIE A. PRATT
Assistant United States Attorney

4